No. 98–7439. PICCOLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7440. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7441. GILLIS v. ENDICOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–7446. HINES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7447. DENNIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7448. HURNEY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–7457. RAMON v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7458. SHEPHERD v. ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 98–7461. RUSSELL v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. App. Ct. Conn. Certiorari denied.

No. 98–7464. PERRY v. COUNTY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7467. VENTURA-CANDELARIO, AKA GUITEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7470. CHESTNUT v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 98–7471. BARNETT v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–7478. MARTINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7480. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.